**SO ORDERED**

*Charl Q Shaw*

2/13/2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY; NATIONWIDE MUTUAL FIRE INSURANCE COMPANY; AND NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY. <br><br> Plaintiffs, <br><br> vs. <br><br> HARRIS MEDICAL ASSOCIATES, LLC; and ST. LOUIS HEART CENTER, INC. <br><br> Defendants. | CAUSE NO.: <br><br> 4:13-CV-00007 |

### STIPULATION FOR DISMISSAL

Plaintiffs and Defendants, through counsel, hereby stipulate to the dismissal of all claims, as well as counterclaims, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii). All parties will bear their own legal fees and costs.

DANNA MCKITRICK, P.C.

BY: __/s/ Kevin E. Myers__
**John F. Cooney**, #32522MO
**Kevin E. Myers**, #51838MO
7701 Forsyth Blvd., Suite 800
St. Louis, Missouri 63105-3907
Phone:  (314) 726-1000
Fax:      (314) 725-6592
E-mail:  jcooney@dmfirm.com
E-mail:  kmyers@dmfirm.com

**ATTORNEYS FOR PLAINTIFF**

And

**FREEMAN MATHIS & GARY, LLP**

Philip W. Savrin
*Admitted Pro Hac Vice*
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
T: 770-818-0000
F: 770-937-9960
E: psavrin@fmglaw.com
Attorney for Plaintiffs

**LEWIS RICE & FINGERSH, L.C.**

/s/   David B. Helms
David B. Helms, #48941MO
600 Washington, Suite 2500
St. Louis, MO  63101
(314) 444-7600
(314) 241-6056 (facsimile)
dhelms@lewisrice.com
*Attorney for Defendant Harris Medical Associates, LLC*

   /s/ Max G. Margulis
Max G. Margulis, #24325MO
**MARGULIS LAW GROUP**
28 Old Belle Monte Rd.
Chesterfield, MO 63017
P:  (636) 536-7022
F:  (636) 536-6652
E-Mail: MaxMargulis@MargulisLaw.com
*Attorney for Defendant St. Louis Heart Center, Inc.*